# AFFIDAVIT OF SERVICE

| Case: 1:23-cv-03350<br>Joann McLaughlin v. Makwa, LLC, et al. | Court: United States District Court for the<br>Northern District of Illinois, Eastern Division |
|---|---|
| **Plaintiff:**<br>Joann McLaughlin | **Defendants:**<br>Makwa, LLC d/b/a Makwa Finance; LDF Holdings, LLC; Jessi Lee Phillips Lorenzo, a/k/a Jessi Phillips Lorenzo, f/k/a Jessi Lee Phillips; ZenResolve, LLC; Granite Acquisitions, LLC; and John Does 1-20 |
| **Received by:**<br>Dustin Looper | **For:**<br>Edelman, Combs, Latturner & Goodwin, LLC |
| **To be served upon:**<br>ZenResolve, LLC | |

I, Dustin Looper, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true:

**Recipient Name/Address:** ZenResolve, LLC c/o Registered Agents Inc., 30 N. Gould Street, Ste. R, Sheridan, WY 82801

**Time/Manner of Service:** Served ZenResolve, LLC c/o Registered Agents Inc., 30 N. Gould Street, Ste. R, Sheridan, WY 82801 on June 5, 2023 at 1:00 p.m.

**Documents:** Summons and Complaint with Exhibits

**Additional Comments:**
1) An individual identified as Heather Hilton (w, f, 30's, 5'8", 180lbs, brown hair glasses), clerk for Registered Agents Inc, accepted the service packet after reviewing the agent's records and confirming statutory agent status.

_____  6-29-2023
(Dustin Looper)   Date

*Subscribed and sworn to before me by the affiant who is personally known to me*

_____
Notary public

6-29-24
_____
Date   Commission Expires

MELISSA MURRAY
NOTARY PUBLIC
STATE OF WYOMING
COUNTY OF SHERIDAN
MY COMMISSION EXPIRES: NOVEMBER 23, 2024

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Joann McLaughlin, on behalf of Plaintiff and a class,

V.

Makwa, LLC, et al.

CASE NUMBER: 1:23-cv-03350

ASSIGNED JUDGE: John F. Kness

DESIGNATED MAGISTRATE JUDGE: M. David Weisman

**TO:** (Name and address of Defendant)

ZenResolve, LLC
c/o Registered Agents Inc.
30 N. Gould Street, Ste. R
Sheridan, WY 82801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Emily Wirtz* (signature)

(By) DEPUTY CLERK

May 31, 2023

DATE