IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANN MCLAUGHLIN, ) <br> on behalf of Plaintiff and the class members ) <br> described herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MAKWA, LLC doing business as ) <br> MAKWA FINANCE; ) <br> LDF HOLDINGS, LLC; ) <br> JESSI LEE PHILLIPS LORENZO, ) <br> also known as Jessi Phillips Lorenzo, ) <br> formerly known as Jessi Lee Phillips; ) <br> ZENRESOLVE, LLC; ) <br> GRANITE ACQUISITIONS, LLC; ) <br> and JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No.: 1:23-cv-3350 <br><br> Judge Jeremy C. Daniel |

### **NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES**

Plaintiff JoAnn McLaughlin ("Plaintiff") respectfully submits this notice to inform the Court that the parties have settled this matter in principle and expect to file dismissal papers within the next forty-five days. Accordingly, Plaintiff requests that all deadlines be stayed.

          Respectfully submitted,

          */s/Matthew J. Goldstein*
          Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
    **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824

(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, hereby certify that on Tuesday, August 1, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record. I further certify that I send the forgoing document to the following:

    Patrick McAndrews
    Spencer Fane LLP
    pmcandrews@spencerfane.com

    *Counsel for Makwa, LLC, LDF Holdings,*
    *LLC, and Jessi Lee Phillips Lorenzo*

    /s/Matthew J. Goldstein
    Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
    **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com