IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANN MCLAUGHLIN, )<br>on behalf of Plaintiff and the class members )<br>described herein, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MAKWA, LLC doing business as )<br>MAKWA FINANCE; )<br>LDF HOLDINGS, LLC; )<br>JESSI LEE PHILLIPS LORENZO, )<br>also known as Jessi Phillips Lorenzo, )<br>formerly known as Jessi Lee Phillips; )<br>ZENRESOLVE, LLC; )<br>GRANITE ACQUISITIONS, LLC; )<br>and JOHN DOES 1-20, )<br>)<br>Defendants. ) | Case No.: 1:23-cv-3350<br><br>Judge Jeremy C. Daniel |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff JoAnn McLaughlin ("Plaintiff") dismisses her individual claims against Defendants Makwa, LLC, LDF Holdings, LLC, Jessi Lee Phillips Lorenzo, ZenResolve, LLC, and Granite Acquisitions, LLC with prejudice, with each party to bear their own costs and fees. Plaintiff dismisses the claims of the putative classes without prejudice.

                                              Respectfully submitted,

                                              */s/Matthew J. Goldstein*
                                              Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**

20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

  I, Matthew J. Goldstein, certify that on Tuesday, October 10, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record. I further certify that I send the forgoing document to the following:

>Patrick McAndrews
>Spencer Fane LLP
>pmcandrews@spencerfane.com
>
>*Counsel for Makwa, LLC, LDF Holdings, LLC, and Jessi Lee Phillips Lorenzo*

               /s/*Matthew J. Goldstein*
               Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
   **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com